IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DUNCAN J. McNEIL, III                                              PLAINTIFF

v.                         Civil No. 06- 2037

UNITED STATES OF AMERICA                                           DEFENDANT

ORDER

Duncan J. McNeil, III, submitted this pro se action for filing on March 30, 2006. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint nunc pro tunc to March 30, 2006. The undersigned will determine at a later time whether the application to proceed IFP should be granted and whether the complaint should be served on the defendant.

IT IS SO ORDERED this 4th day of April 2006.

_____
BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 0 5 2006

CHRIS R. JOHNSON, CLERK

BY
     DEPUTY CLERK

-1-

AO72A
(Rev. 8/82)

dockets.Justia.com